**STYLE:** Samantha Hardin, et. al., v. City of Birmingham, et. al.
**CASE NO.:** 2:21-cv-01002-AMM

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS Trial 1/29/2024 **PLAINTIFF** Samantha Hardin, Moneka Chante Moore, as Personal Representative of the Estate of Jamarcus Moore **DEFENDANT** City of Birmingham and Aric Mitchell **COURT** Judge Anna M. Manasco |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | | **Complete Multi-Agency Law Enforcement Investigation** |
| | | | | | | | | | | (21.12.17 - Complete Multi-Agency Law Enforcement Investigation - A. Mitchell.pdf) |
| | 2 | | | | | | | | | **Body Worn Camera Video from Officer Mitchell** |
| | | | | | | | | | | (001_#441_Officer Aric Mitchell.mp4) |
| | 3 | | | | | | | | | **Body Worn Camera Video from Officer Hood** |
| | | | | | | | | | | (003_#25 Officer Micheala Hood.mp4) |
| | 4 | | | | | | | | | **Body Worn Camera Video from Officer Foster** |
| | | | | | | | | | | (004_#789_Officer Shantara Foster.mp4) |
| | 5 | | | | | | | | | **Any Body Worn Camera Video Footage captured on the date of the incident that** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | made the basis of Plaintiff's claims |
| | | | | | | | | (002_#793_Officer Timothy Turner.mp4) (004_#789_Officer Robin Sims.mp4) (005_#437_Officer Kenneth Cole 1.mp4) (005_#437_Officer Kenneth Cole 2.mp4) (006_#431_Officer Kevin Belk Shooting.mp4) (007_#438_Zachary McNeal.mp4) |
| 6 | | | | | | | | **Dispatch Audio Recording** |
| | | | | | | | | (00_491_3523_2019_06_15_23_44_31_by_Statrt_Time_asc.wav) (Avenue I #21st Street Ensley.wav) |
| 7 | | | | | | | | **Plaintiff Hardin's Responses to Defendants' Request for Production of Documents** |
| | | | | | | | | (22.2.11 Req for Pro of Doc - Hardin - signed.pdf) |
| 8 | | | | | | | | **Transcript of Dispatch Audio Recording** |
| | | | | | | | | |
| 9 | | | | | | | | **Photographs of the Sedan driven by Moore and Hardin** |
| | | | | | | | | |
| 10 | | | | | | | | **Medical Records - Samantha Hardin** |
| | | | | | | | | |
| 11 | | | | | | | | **Death Certificate - Jamarcus Moore** |
| | | | | | | | | (Death Certificate - Moore.pdf) |
| 12 | | | | | | | | **Autopsy Report - Jamarcus Moore** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (Autopsy - Moore. pdf) |
| 13 | | | | | | | | | **Deposition of Aric Mitchell and all exhibits** |
| 14 | | | | | | | | | **Deposition of Capt. David Rocket and all exhibits** |
| 15 | | | | | | | | | **Statement of Michaela Hood** |
| 16 | | | | | | | | | **Statement of Shantara Foster** |
| 17 | | | | | | | | | **Deposition Transcript (and all exhibits) of Moneka Chante Moore, as Personal Representative for the Estate of Jamarcus Moore** |
| 18 | | | | | | | | | **Birmingham Police Department Rules and Regulations (operative at the time of the incident and produced by the Defendants during the discovery process)** |
| 19 | | | | | | | | | **Complete Personnel File of Aric Mitchell produced by the City of Birmingham**<br><br>*(21.12.17 - Complete COB HR Personnel File - A. Mitchell.pdf)* |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 20 | | | | | | | | **Defendant Aric Mitchell's Responses to Plaintiff's Discovery Requests** |
| | | | | | | | | | (Aric Mitchell Responses to Harding Discovery Requests - Final SIGNED.pdf) |
| | 21 | | | | | | | | **Plaintiff Hardin's Responses to Defendants' Request for Production of Documents** |
| | 22 | | | | | | | | **Plaintiff's Exhibits and Documents listed per Court's Pre-Trial Order that are not stricken** |
| | 23 | | | | | | | | **Any and all documents produced per subpoena requests** |
| | 24 | | | | | | | | **All discovery in this case not excluded** |
| | 25 | | | | | | | | **Any and all Exhibit listed on the Defendants' Exhibit List** |
| | 26 | | | | | | | | **Any and all Exhibit required or needed for rebuttal purposes** |
| | 27 | | | | | | | | **Any and all documents necessary for impeachment of any witness** |
| | 28 | | | | | | | | **Plaintiff Moore's Responses to Defendants' Interrogatories** |
| | | | | | | | | | (22.2.10 Response to Inter - Moore - |

4

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | signed.pdf) |
| | 29 | | | | | | | | **Plaintiff Hardin's Responses to Defendants' Interrogatories** |
| | | | | | | | | | (22.2.11 Response to Inter - Hardin - signed.pdf) |
| | 30 | | | | | | | | **Statement by Aric Mitchell to Internal Affairs (audio and transcript)** |
| | | | | | | | | | |
| | 31 | | | | | | | | **Defendants' Responses to Plaintiff Moore's Interrogatories and Request for Production** |
| | | | | | | | | | (City Response to Hardin Discovery Requests - Final SIGNED.pdf) |
| | 32 | | | | | | | | **Defendants' Responses to Plaintiff Moore's Request for Production of Documents** |
| | | | | | | | | | (City Response to Harding Discovery Requests - Final SIGNED.pdf) |
| | 33 | | | | | | | | **Plaintiff Moore's Responses to Defendants' Request for Production of Documents** |
| | | | | | | | | | (22.2.10 Req for Pro of Doc - Moore - signed.pdf) |