**Hardin v. City - 21cv1002 - Jury trial 1/29/2024**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
| | | | | | | | | | | DESCRIPTION |
| | 1 | | | | | | | | X | City of Bham Rules and Regulations #100-2 (1/29) |
| | 2 | | | | | | | | X | City of Bham Rules and Regulations #109-6 (1/29) |
| | 3 | | | | | | | | X | City of Bham Rules and Regulations #117-72   (1/29) |
| | 4 | | | | | | | | X | City of Bham Rules and Regulations #117-75 (1/29) (1/30) |
| | 5 | | | | | | | | X | City of Bham Rules and Regulations # 117-25 (1/29)(1/30) |
| | 6 | | | | | | | | X | City of Bham Rules and Regulations # 117-27 (1/29) |
| | 7 | | | | | | | | X | Body-worn camera video from Officer Mitchell (001_#441_ Officer Aric Mitchell. mp4 (1/29) (1/30 / 22.05 - 24.31) |
| | 8 | | | | | | | | X | City of Bham Rules and Regulations # 113-3 (1/29) |
| | 9 | | | | | | | | X | Recording of Officer's Statement (1/30) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | X | Written transcript of Officer's Statement |
| | | | | | | | | | (1/30) |
| 11 | | | 1/30 | | | | | X | Dashcam Video of pursuit |
| | | | | | | | | | (1/30) |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |