FILED
2024 Feb-01 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA



# RULES AND REGULATIONS

PROCEDURE NO. 109-6

## LAWS AND ORDINANCES

| DATE ISSUED | DATE EFFECTIVE | REVISION NUMBER | PAGE |
|---|---|---|---|
| 04-07-86 | 05-05-86 | | Page 1 of 2 |

PURPOSE:  To require members of the Department to know the laws and ordinances which they are required to enforce.

I. **RESPONSIBILITY TO KNOW LAWS AND ORDINANCES**

Members shall acquire a thorough knowledge of City Ordinances and Regulations, State Law and Federal Statutes, of which the Department of Police take cognizance, as well as the elements that constitute criminal acts in violation of the various sections thereof and they shall acquaint themselves with the fundamental rules of evidence.

II. **ENFORCEMENT**

A. The failure on the part of any member to take action respecting violations of such statutes, laws, ordinances, and regulations coming to their attention or about which they have knowledge, shall be made the subject of disciplinary action against such member.

B. All members of the Department are equally responsible for the enforcement of all laws and ordinances and police regulations.

C. The delegation of the enforcement of certain laws and ordinances to a particular Bureau or Division of the Department does not relieve members of other Bureaus or Divisions from taking prompt police action for violations coming to their attention.

III. **OBEDIENCE TO LAW-ORDINANCES**

Members shall be required to conform to and abide by the Rules and Regulations of the Department of Police, and Ordinances of the City of Birmingham, the laws of the State of Alabama and the United States of America.

IV. **HOT PURSUIT**

Members shall not go outside the City except in fresh (hot) pursuit of known or suspected criminals, or hot pursuit of a traffic violator, or when authorized by the Chief of Police, a Commanding Officer, or on a request received by him from an outside authority because of a grave emergency and urgent need for police assistance.

BIRMINGHAM POLICE DEPARTMENT

COB001337

POLICE - #469-12.3



PLAINTIFF'S EXHIBIT 3 ROCKETT 4/7/22 SL



| RULES AND REGULATIONS | | | PROCEDURE NO. 109-6 |
|---|---|---|---|
| LAWS AND ORDINANCES ||||
| DATE ISSUED | DATE EFFECTIVE | REVISION NUMBER | PAGE |
| 04-07-86 | 05-05-86 | | Page 2 of 2 |

In any event, the department's Pursuit Policy No. 117-27 will be strictly adhered to in all situations.

*A. C. Roper, Chief of Police*