TO: SBI
FROM: ARIC MITCHELL
DATE: AUGUST 5, 2019

2:21-cv-01002-AMM
01/29/2024 Trial
Plaintiff Exhibit No. 10

On Saturday, June 15, 2019, I was assigned to the city wide task force. On this date, I was tasked with patrolling the Ensley area of West Precinct. At approximately 0000 hours as I patrolled the area of 24th Street and Avenue F, I noticed a gold Toyota traveling North on Avenue F. The vehicle pulled out in front of me, so I began to follow. As I followed behind the vehicle I noticed a strong unique odor of marijuana in the area. As the gold Toyota turned right onto 21st Street Ensley, I notified the dispatcher of the tag number and model of the vehicle. Once the gold Toyota stopped at the stop sign on 21st Street Ensley I was able to confirm that the odor of marijuana was in fact coming from the gold Toyota. I also noticed the driver of the gold Toyota making sudden suspicious movements in the vehicle. The driver was a black male, and there was also a black female in the passenger seat. The male driver was looking at me using his rear and side view mirrors. He also cut on the interior dome inside of the vehicle and quickly cut it off. At the intersection of Ave I and 21st Street Ensley, I activated my emergency equipment (lights/siren) and body camera. I gave dispatch my



COB000766

location and the tag number on the vehicle again that I was pulling over. The gold Toyota pulled onto Ave I as if to stop but the male driver did not stop. The male driver of the Toyota began swerving in between traffic lanes. The male driver made a left turn onto 23rd Street Ensley. He then drove to Avenue J and made a left turn back onto 20th Street Ensley. Once on 20th Street Ensley, the male driver began driving the wrong way into oncoming traffic. The male driver continued to drive into oncoming traffic until he reached Avenue C. Once the male driver got to the Hwy 269 bridge he began to travel on the correct side of the road. I continued to keep the dispatcher informed of the driver's actions. As we exited off the bridge the driver got back onto the wrong side of the roadway heading towards oncoming traffic. At the intersection of Pleasant Hill Rd and Birmingport RD (Hwy 269), the male driver made a right handed U-turn back towards 20th Street Ensley once again traveling into oncoming traffic. Unit 437 was traveling North on Hwy 269. The male driver was heading towards unit 437 head on. Unit 437 had to come to a complete stop to avoid being hit. The male driver continued to drive into oncoming traffic until he reached Avenue F. I continued to pursue the vehicle as the male driver passed Avenue F, Caroline Avenue, and 2nd Street

COB000767

Pratt/Pratt Hwy. The male driver then made a right turn onto Arkadelphia Rd (Hwy 78) and continued until he entered I 20/59. While on I 20/59 the male driver would not let anyone pass or get ahead of him to deploy any counter measures to prevent his dangerous driving behavior. As I called the chase, I notified the dispatcher that we were traveling South on I59 and to notify Bessemer, Jefferson County, Brighton, and Hueytown of our position. As we passed the Allison-Bonnett on ramp, officer Turner (Unit 184) stated "shots fired" on the radio. Since I was parallel to the chase about 4 or 5 cars behind the suspect driver, I was able to see the muzzle flash and hear the gunshots. At this point I was in fear for my life and the lives of others. The dispatcher signaled a double 00 as the chase continued into the city limits of Bessemer. The driver exited onto the 18th/19th Street exit in Bessemer. The male driver made a right turn onto 19th Street and began traveling towards Hueytown. At the intersection of Hueytown Road and Allison-Bonnett, the male driver turned right onto Allison-Bonnett with Unit 25 behind him. At the ramp onto Allison-Bonnett, all three vehicles collided, Unit 441, Unit 25 and the suspects vehicle. My side airbags deployed but I was able to get out of my vehicle and make contact with the male driver. The male driver

COB000768

leaned to his right side and began to pull away from me. I observed the male driver reaching down between the door and floor board of his vehicle with his right hand reaching for the butt of a black handgun. I released the male driver with my left hand, and grabbed my weapon. I shot three (3) times while backing away from the male driver. Other officers then approached the vehicle, removing the male driver and female passenger. I notified the dispatcher that medics were needed. I was transported to UAB Highlands for treatment and was later released.