IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SAMANTHA HARDIN,** } <br> **MONEKA CHANTE MOORE as** } <br> **PERSONAL REPRESENTATIVE FOR** } <br> **THE ESTATE OF JAMARCUS MOORE** } <br> } <br> Plaintiffs, } <br> vs. } <br> } <br> **CITY OF BIRMINGHAM and** } <br> **ARIC MITCHELL** } <br> } <br> Defendants. } | **CASE NO.** <br> **2:21-cv-1002-AMM** |

## PLAINTIFFS' TRIAL EXHIBITS

The following exhibits were admitted at the jury trial in this matter. They are videos marked as Plaintiffs' Exhibits 7 and 11 and a Recording of Officer Mitchell's statement, marked as Exhibit 9. These videos are saved to a thumb drive and are conventionally filed in the court's paper file, in the clerk's office.

This 31st day of January, 2024.

                                                              /s/ _____
                                                           F. Sherbert, Deputy Clerk