STYLE: Samantha Hardin, et al. v. City of Birmingham, et al.
CASE NUMBER: 2:21-cv-01002-AMM

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS Trial 01/29/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | PLAINTIFF Samantha Hardin, Moneka Chante Moore as Personal Representative for The Estate of Jamarcus Moore<br><br>DEFENDANT City of Birmingham and Aric Mitchell<br><br>COURT Judge Anna M. Manasco |
| ✓ | 1 | | | | | | | | | | Body-worn Camera Video from Officer Mitchell (001_#441_Officer Aric Mitchell.mp4) |
| | 2 | ✓ | | | | | | | | ✓ 1/30 | Body-worn Camera Video from Officer Hood (003_#25 Officer Micheala Hood.mp4) |
| ✓ | 3 | | | | | | | | | | Body-worn Camera Video from Officer Foster (004a_#789_Officer Shantara Foster.mp4) |
| | 4 | ✓ | | | | | | | | ✓ 1/30 | Dash Camera Video from Officer Hood's Vehicle (tick465862052-tick465862877-video1) |
| | 5 | ✓ | | | | | | | | ✓ 1/30 | Dash Camera Video from Officer Hood's Vehicle (tick465861227-tick465862052-video1) |
| | 6 | ✓ | | | | | | | | ✓ 1/30 | BPD Rules and Regulations 113-3 (R&R 103-3) |

STYLE: **Samantha Hardin, et al. v. City of Birmingham, et al.**
CASE NUMBER: 2:21-cv-01002-AMM

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS Trial 01/29/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | **PLAINTIFF** Samantha Hardin, Moneka Chante Moore as Personal Representative for The Estate of Jamarcus Moore<br><br>**DEFENDANT** City of Birmingham and Aric Mitchell<br><br>**COURT** Judge Anna M. Manasco |
| | 7 | ✓ | | | | | | | | ✓ | BPD Rules and Regulations 117-14 (R&R 117-14)   1/30 |
| | 8 | ✓ | | | | | | | | ✓ | BPD Rules and Regulations 117-27 (R&R 117-27)   1/30 |
| ✓ | 9 | | | | | | | | | | Deposition Aric Mitchell and all exhibits attached. (Optional Exhibit; for Cross-Examination Purposes) (Aric Mitchell – Combined Deposition & Exhibits) |
| ✓ | 10 | | | | | | | | | | Deposition of Plaintiff Samantha Hardin, with Exhibits. (Optional Exhibit; for Cross-Examination Purposes) (Deposition of Samantha Hardin) |
| ✓ | 11 | | | | | | | | | | Deposition of Plaintiff Moneka Chante Moore as personal representative for the estate of |

STYLE: Samantha Hardin, et al. v. City of Birmingham, et al.
CASE NUMBER: 2:21-cv-01002-AMM

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS Trial 01/29/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | PLAINTIFF Samantha Hardin, Moneka Chante Moore as Personal Representative for The Estate of Jamarcus Moore<br><br>DEFENDANT City of Birmingham and Aric Mitchell<br><br>COURT Judge Anna M. Manasco |
| | | | | | | | | | | Jamarcus Moore, (Optional Exhibit; for Cross-Examination Purposes) (Deposition of Moneka Chante Moore) |
| ✓ | 12 | | | | | | | | | Deposition of Rule 30(b)(6) Capt. David Rocket, with Exhibits (Captain Rockett – Combined Deposition & Exhibits) |
| ✓ | 13 | | | | | | | | | Plaintiffs' Responses to Interrogatories (22.2.10 Response to Inter. – Moore – signed) |
| ✓ | 14 | | | | | | | | | Plaintiffs' Responses to Request for Production (22.2.10 Req for Pro of Doc – Moore – signed) |
| ✓ | 15 | | | | | | | | | Plaintiffs' Responses to Interrogatories (22.2.11 Response to Inter. – Hardin – signed) |
| ✓ | 16 | | | | | | | | | Plaintiffs' Responses to Request for Production (22.2.11 Req for Pro of Doc – Hardin – signed) |

STYLE: Samantha Hardin, et al. v. City of Birmingham, et al.
CASE NUMBER: 2:21-cv-01002-AMM

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS Trial 01/29/2024 PLAINTIFF Samantha Hardin, Moneka Chante Moore as Personal Representative for The Estate of Jamarcus Moore<br><br>DEFENDANT City of Birmingham and Aric Mitchell<br><br>COURT Judge Anna M. Manasco |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | |
| ✓ | 17 | | | | | | | | | | Defendants' Responses to Interrogatories and Request for Production (Aric Mitchell Responses to Harding Discovery Requests – Final SIGNED) |
| ✓ | 18 | | | | | | | | | | Defendants' Responses to Interrogatories and Request for Production (City Response to Harding Discovery Requests – Final SIGNED) |
| | 19 | ✓ | | | | | | | ✓ | | ALEA Report Excerpt (COB000177-COB000182) 1/31 provisionally admitted – questions only |