# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SAMANTHA HARDIN,** } <br> **MONEKA CHANTE MOORE as** } <br> **PERSONAL REPRESENTATIVE FOR** } <br> **THE ESTATE OF JAMARCUS MOORE** } <br> } <br> **Plaintiffs,** } <br> vs.  } <br> } <br> **CITY OF BIRMINGHAM and** } <br> **ARIC MITCHELL** } <br> } <br> **Defendants.** } | **CASE NO.** <br> **2:21-cv-1002-AMM** |

## DEFENDANTS' TRIAL EXHIBITS

The following exhibits were admitted at the jury trial in this matter. They are videos marked as Defendants' Exhibits 2, 4, and 5. These videos are saved to a thumb drive and are conventionally filed in the court's paper file, in the clerk's office.

This 31st day of January, 2024.

_____s/_____
F. Sherbert, Deputy Clerk