IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA HARDIN,<br>MONEKA CHANTE MOORE as<br>PERSONAL REPRESENTATIVE FOR<br>THE ESTATE OF JAMARCUS MOORE<br><br>　　　Plaintiffs,<br>vs.<br><br>CITY OF BIRMINGHAM and<br>ARIC MITCHELL<br><br>　　　Defendants. | CASE NO.<br>2:21-cv-1002-AMM |

**VERDICT AND SPECIAL INTERROGATORIES**

### Verdict Form – Ms. Hardin's Excessive Force Claim against Officer Mitchell

### Do you find:

1. That Officer Mitchell intentionally committed acts that violated Ms. Hardin's constitutional right not to be subjected to excessive or unreasonable force?

Answer Yes or No __Yes__

**FILED**
**FEB 01 2024**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Officer Mitchell's conduct caused Ms. Hardin's injuries?

Answer Yes or No __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Ms. Hardin should be awarded compensatory damages?

Answer Yes or No __Y__

If your answer is "Yes," in what amount?

$ __1,500,000.00__

4. That Ms. Hardin should be awarded punitive damages?

39

Answer Yes or No  Yes

If your answer is "Yes," in what amount?

$ 100,000.00

SO SAY WE ALL.

_____
Foreperson's Signature

DATE:  2/1/24

## Verdict Form – Ms. Hardin's Assault and Battery Claims against the City of Birmingham and Officer Mitchell individually

**Do you find:**

1. That Officer Mitchell intended to shoot Ms. Hardin?

   Answer Yes or No __No__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Officer Mitchell did so in a harmful or offensive manner?

   Answer Yes or No _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Ms. Hardin should be awarded damages for physical pain and mental anguish?

   Answer Yes or No _____

If your answer is "Yes," in what amount against Officer Mitchell?

   $_____

41

If your answer is "Yes," in what amount against the City of Birmingham?

$_____

4. That Ms. Hardin should be awarded damages for permanent injury or disfigurement?

Answer Yes or No _____

If your answer is "Yes," in what amount against Officer Mitchell?

$_____

If your answer is "Yes," in what amount against the City of Birmingham?

$_____

5. That Ms. Hardin should be awarded punitive damages?

Answer Yes or No _____

If your answer is "Yes," in what amount against Officer Mitchell?

$_____

If your answer is "Yes," in what amount against the City of Birmingham?

$_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: 2/1/24

## Verdict Form – Ms. Moore's Excessive Force Claim against Officer Mitchell

### Do you find:

1. That Officer Mitchell intentionally committed acts that violated Mr. Moore's constitutional right not to be subjected to excessive or unreasonable force?

Answer Yes or No __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Officer Mitchell's conduct caused Mr. Moore's injuries?

Answer Yes or No __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Ms. Moore should be awarded punitive damages?

Answer Yes or No __Yes__

If your answer is "Yes," in what amount? $ __100,000.00__

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: 2/1/24

## Verdict Form – Ms. Moore's Wrongful Death Claim against the City of Birmingham and Officer Mitchell individually

### Do you find:

1. That Officer Mitchell's wrongful act, omission, or negligence caused the death of Mr. Moore?

Answer Yes or No __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Ms. Moore should be awarded punitive damages?

Answer Yes or No __Yes__

If your answer is "Yes," in what amount?

$__2,750,000.00__

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: __2/1/24__

46

## SPECIAL INTERROGATORIES

1. Do you find that Officer Mitchell perceived that Mr. Moore posed an imminent threat of serious physical harm to the officers or others at the time that Officer Mitchell shot Mr. Moore and Ms. Hardin?

   YES ✓

   NO ____

2. When Officer Mitchell shot Mr. Moore and Ms. Hardin, did Officer Mitchell act with a design or purpose to inflict injury without reasonable justification?

   YES ✓

   NO ____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: 2/1/24