# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA HARDIN,<br>MONEKA CHANTE MOORE as<br>PERSONAL REPRESENTATIVE FOR<br>THE ESTATE OF JAMARCUS MOORE<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF BIRMINGHAM and<br>ARIC MITCHELL<br><br>    Defendants. | CASE NO.<br>2:21-cv-1002-AMM |

## FINAL JUDGMENT

In accordance with the jury verdict, **FINAL JUDGMENT** is hereby **ENTERED** in favor of the Plaintiffs, and against the Defendants.

**DONE** and **ORDERED** this 1st day of February, 2024.



ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE