# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA HARDIN and MONEKA CHANTE MOORE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 2:21-cv-1002-AMM ) ) |
| CITY OF BIRMINGHAM and ARIC MITCHELL, | ) ) ) |
| Defendants. | ) ) |

## AMENDED FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith, the court **AMENDS** the Final Judgment entered on February 1, 2024 (Doc. 138) as set out below.

Pursuant to the jury verdict rendered on February 1, 2024 (Doc. 137), and the Memorandum Opinion and Order entered contemporaneously herewith, it is **ORDERED**, **ADJUDGED**, and **DECREED**, that judgment is entered in favor of Plaintiff Moneka Chante Moore and against Defendants City of Birmingham ("the City") and Aric Mitchell ("Officer Mitchell") as follows:

1. Ms. Moore shall have and recover from the City and Officer Mitchell $2,750,000.00 in punitive damages for her wrongful death claim.

2. Judgment against the City for Ms. Moore's wrongful death claim is reduced to $100,000.00, and Ms. Moore shall have and recover from the City no more than $100,000.00 in punitive damages.

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, it is **ORDERED**, **ADJUDGED**, and **DECREED**, that Officer Mitchell is entitled to qualified immunity and judgment is entered in favor of Officer Mitchell and against Plaintiffs Samantha Hardin and Ms. Moore on their Section 1983 claims.

**DONE** and **ORDERED** this 2nd day of August, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE