# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA HARDIN, and MONEKA CHANTE MOORE, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) | **CIVIL ACTION NO.** |
| | ) | **2:21-cv-01002-AMM** |
| **CITY OF BIRMINGHAM,** and **ARIC MITCHELL,** | ) ) ) |
| **Defendants.** | ) |

## NOTICE OF APPEAL

Defendants City of Birmingham and Aric Mitchell give notice that they appeal to the United States Court of Appeals for the Eleventh Circuit from the Memorandum Opinion and Order denying Defendants' motion for summary judgment entered on July 19, 2022, (*see* Memorandum Opinion and Order, ECF No. 47); the Final Judgment entered on February 1, 2014, (*see* Final Judgment, ECF No. 138); the Amended Final Judgment entered on August 2, 2024, (*see* Amended Final Judgment, ECF No. 169); and the Memorandum Opinion and Order denying Defendants' amended renewed motion for judgment as a matter of law and motion for a new trial or a remittitur in the alternative entered on August 2, 2024, (*see* Memorandum Opinion & Order, ECF No. 168).

This the 22nd day of August 2024.

55001588 v1

Respectfully submitted,

*s/ Michael K. K. Choy*
Michael K. K. Choy
Forrest S. Latta
Taylor B. Johnson

Attorneys for Defendants

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, Alabama 35203
Telephone:  205-251-3000
Facsimile:   205-458-5100
mchoy@burr.com

BURR & FORMAN LLP
11 N. Water Street, Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
flatta@burr.com
tjohnson@burr.com

Fredric L. Fullerton, II, Assistant City Attorney
Samantha A. Chandler, Assistant City Attorney
City of Birmingham
City Attorney's Office - Litigation Division
600 City Hall, 710 North 20th Street
Birmingham, Alabama 35203
(205) 254-2369 telephone
(205) 254-2502 fax
fredric.fullerton@birminghamal.gov
samantha.chandler@birminghamal.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the Notice of Appeal was filed with the Court via the CM/ECF system on August 22, 2024, which will serve a copy on all counsel of record.

*s/ Michael K. K. Choy*
OF COUNSEL
